| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | SHAWN HALBERT |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant ROBERT LOTT |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 04-0407 MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | DATE FOR ROBERT LOTT FROM |
| | ) | JUNE 20, 2007 TO ~~AUGUST 8, 2007~~ |
| ROBERT LOTT and KATHERINE BUCKLEY, | ) | AUGUST 15, 2007 |
| | ) | |
| Defendant. | ) | |

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR 04-0407 MMC

<u>STIPULATION</u>

The undersigned parties stipulate as follows:

1. The sentencing date in this matter for Robert Lott is June 20, 2007 at 2:30 p.m.

2. The parties jointly request that Mr. Lott's sentencing be continued to August 15, 2007 for reasons relating to Mr. Lott's plea agreement, which is filed under seal.

3. Undersigned counsel and USPO Ann Searles are all available on August 8, 2007.

IT IS SO STIPULATED

Date: June 18, 2007                   _____/S/_____
                                      SHAWN HALBERT
                                      Assistant Federal Public Defender
                                      Counsel for Defendant Robert Lott

Date: June 18, 2007                   _____/S/_____
                                      DAVE HALL
                                      Assistant United States Attorney

<u>ORDER</u>

For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing of Robert Lott, previously set by this Court for June 20, 2007 at 2:30 p.m., shall be continued to ~~August 8~~ August 15, 2007 at 2:30 p.m.

Date:  June 19, 2007                  _____
                                      THE HONORABLE MAXINE M. CHESNEY
                                      UNITED STATES DISTRICT JUDGE

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR 04-0407 MMC

2