1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant ROBERT LOTT

**E-Filing**

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-0407 MMC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE FOR ROBERT LOTT FROM AUGUST 15, 2007 TO SEPTEMBER 26, 2007 |
| v. | |
| ROBERT LOTT and KATHERINE BUCKLEY, | |
| Defendant. | |

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR 04-0407 MMC

## STIPULATION

The undersigned parties stipulate as follows:

1. The sentencing date in this matter for Robert Lott is August 15, 2007 at 2:30 p.m.
2. The parties jointly request that Mr. Lott's sentencing be continued to September 26, 2007 for reasons relating to Mr. Lott's plea agreement, which is filed under seal.

IT IS SO STIPULATED

Date: August 13, 2007

SHAWN HALBERT
Assistant Federal Public Defender
Counsel for Defendant Robert Lott

Date: August 13, 2007

DAVE HALL
Assistant United States Attorney

## ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing of Robert Lott, previously set by this Court for August 15, 2007 at 2:30 p.m., shall be continued to September 26, 2007 at 2:30 p.m.

Date:

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR 04-0407 MMC