STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM PHILLIPS (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant Lott

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 04-CR-0407 EXE (JSC) |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| v. | |
| ROBERT ALAN LOTT, | |
| Defendant. | |

**I.    STIPULATION**

The parties stipulate to the following modification of Mr. Lott's supervised release: Supervised release is modified to include up to three weeks at the halfway house during which time the defendant shall be assessed for residential treatment.  Defendant shall be released to the halfway house on Friday, October 16, 2015.  The status set for Wednesday, October 14, 2015 is continued to November 4th, 2015 at 2:15 pm.

The parties respectfully inform the Court that Mr. Lott's probation services officer has been informed of, and does not object to, this modification.

STIPULATION AND [PROPOSED] ORDER         1

Respectfully submitted,

Dated:  October 13, 2015

_____/s/_____
Galia Amram Phillips
Assistant Federal Public Defender

Dated: October 13, 2015

_____/s/_____
Jeffrey Shih
Assistant United States Attorney

## II.   [PROPOSED] ORDER

Defendant Lott's supervised release is modified as follows:  Supervised release is modified to include up to three weeks at the halfway house during which time the defendant shall be assessed for residential treatment.  Defendant shall be released to the halfway house on Friday, October 16, 2015.  The status set for Wednesday, October 14, 2015 is continued to November 4th, 2015 at 2:15 pm.

IT IS SO ORDERED.

Dated   October 13, 2015

_____
HON. MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE